

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-20-00434-CV

**IN RE PRONTO GENERAL AGENCY, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

On September 4, 2020, Relator filed a petition for writ of mandamus. After considering the petition, the record, and the response filed by the real party in interest, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 20, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2021.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CV01852, styled *Red McCombs Ford (Plaintiff) v. Olivia Moreno Rodriguez and Eric Rafael Castorena (Defendants and Third-Party Plaintiffs) v. Pronto General Agency, Ltd. and CEM Insurance Company (Defendants and Third-Party Defendants)*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.